# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Barry Wilson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Middle Tennessee State University Et al.,
State of TN and or
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 03-19-0798
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes  [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　Name: Barry Wilson
　　Street Address: 123 A Ray St.
　　City and County: Shelbyville, Bedford County
　　State and Zip Code: Tennessee 37160
　　Telephone Number: 931 575 8645
　　E-mail Address: N/A

　B. **The Defendant(s)**

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Middle Tennessee State University
- Job or Title (if known):
- Street Address: 1301 E Main St
- City and County: Murfreesboro, Rutherford County
- State and Zip Code: TN 37132
- Telephone Number: 615 878 2300
- E-mail Address (if known):

Defendant No. 2
- Name: State of Tennessee
- Job or Title (if known):
- Street Address: ?
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

    Name    Middle Tennessee State University
    Street Address    1301 E Main St.,
    City and County    Murfreesboro, Rutherford ~~TN~~ County
    State and Zip Code    Tennessee 37132
    Telephone Number    615 898 2300

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: See Attached Complaint of Failure... & EEOC Complaint letter

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) See that attached EEOC Complaint Letter

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race — See attached
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [x] age (year of birth) 1964 (only when asserting a claim of age discrimination.)
- [x] disability or perceived disability *(specify disability)* see attached

E. The facts of my case are as follows. Attach additional pages if needed.

_See Attached_

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_Jun 13th 2019 cant Remember_

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* _Jun 2019._

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_$1,000,000 see also Attached Complaint_

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/11/19

Signature of Plaintiff: _Barry Wilson_
Printed Name of Plaintiff: _Barry Wilson_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Barry Wilson

vs.

Middle Tennessee State University,
Et al.

## Complaint of Failure to follow *Americans with Disabilities Act's* guidelines and regulations.

1. Plaintiff is filing a formal written complaint and/or investigation against the State of Tennessee at Middle Tennessee State University (MTSU) and their employees, buildings, and policies.

2. Plaintiff is requesting that the Courts waive the filing fee due to indigency and diminished capabilities due to a workplace injury.

3. Plaintiff is requesting that the Courts provide proper legal representation against the state-run facility.

4. Plaintiff asserts that MTSU refused to provide ADA Accommodation after a workplace injury.

5. Plaintiff asserts that MTSU fail(s/ed) to maintain an ADA accessible building(s)

6. Plaintiff asserts that MTSU was involved in retaliation, regarding this and other complaints against MTSU, including but not limited to: tampering with retirement benefits and health benefits, denying/inhibiting access to 'sick leave bank', refusal to provide termination or accommodating employment, abuse and harassment.

7. Plaintiff asserts that MTSU took no action regarding the aforementioned abuse and harassment, including to but not limited to: spraying plaintiff with steam, forcing unnecessary asbestos exposure, electrical shocks, terroristic threats, threatening family members, loss or destruction of paperwork.

8. Plaintiff asserts that MTSU has provided preferential treatment to other employees, thus demonstrating that Plaintiffs treatment was not equal and could be considered additional retaliation.

9. Plaintiff has attempted complaints through other organizations or committees that have not been able to resolve the issue(s) against MTSU, including but not limited to: EEOC, Dept. of Justice, and ADA Committee.

10. Plaintiff also submits with this complaint the complaint that was submitted to the EEOC.

11. Plaintiff reserves the right to amend this complaint at any time.

12. Plaintiff respectfully requests that the court award relief in the form of restitution, retirement, benefits, compensation, to be made whole for any anguish or emotional distress caused by the Defendant, and any other or further relief that the Court may deem fit to grant.

Respectfully submitted this _____ day of _____ , 2019

Wilson v MTSU

2 of 2

Case 3:19-cv-00798   Document 1   Filed 09/11/19   Page 8 of 8 PageID #: 8