IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARRY WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00798 |
| ) | Judge Trauger |
| MIDDLE TENNESSEE STATE UNIVERSITY, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 10, 2020, the Magistrate Judge issued a Report and Recommendation (DE #33), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Second Motion to Dismiss filed by defendants Middle Tennessee State University and the State of Tennessee (Doc. No. 29) is DENIED.

This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge