# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Barry Wilson

                        Plaintiff,

v.                                      Case No.: 3:19−cv−00798

Middle Tennessee State University, et al.

                        Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/16/2021 re [61].

                                                   Lynda M. Hill
                                    s/ Jeremy Medley, Deputy Clerk